IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40214
Summary Calendar

_____

ANTONE RICHIE,

                                        Plaintiff-Appellant,

versus

WENDY M. WACKER, Mailroom Supervisor,
Michael Unit; MARK A. WILSON, Senior
Warden, Michael Unit,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CV-573
- - - - - - - - - -
August 26, 1996
Before KING, GARWOOD, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Texas prisoner Antone Richie, No. 506119, appeals the denial

of his FED. R. CIV. P. 59(e) motion to vacate the dismissal of his

civil rights suit pursuant to 28 U.S.C. § 1915(d).  Richie's

challenge to the propriety of the district court's referral to

the magistrate judge is frivolous.  28 U.S.C. § 636(b)(1);

McCarthy v. Bronson, 500 U.S. 136, 139 (1991).  We have reviewed

the record and Richie's brief and AFFIRM for essentially the same

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

reasons adopted by the district court.  <u>Richie v. Wacker</u>, CA No. 6:95cv573 (E.D. Tex. Oct. 26, 1995 and Mar. 4, 1996).